CÁNDIDO NORIEGA GONZÁLEZ, demandante y apelado, *v.* ISAAC ROMÁN Y SU ESPOSA PAULA RUIZ, demandados y apelantes.

No. 6009.—*Sometido:* Mayo 5, 1933. *Resuelto:* Mayo 10, 1933.

*L. Tormes García,* abogado de los apelantes; *R. Atiles Moreu,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR CÓRDOVA DÁVILA, emitió la opinión del tribunal.

Es ésta una acción en cobro de dinero, basada en un pagaré por la suma de $682.02 que venció el 31 de diciembre de 1928. Este pagaré está suscrito por el demandado Isaac Román a favor de E. Ramos & Co., S. en C., quien lo recibió y endosó al demandante Cándido Noriega González.

La corte inferior apreció la prueba y declaró con lugar la demanda. Se alega por los apelantes que la corte inferior "cometió error al permitir como permitió que el testigo único del demandante declarara sobre un hecho que no le constaba de conocimiento personal." No se expresa en este señalamiento el hecho sobre el cual declaró el testigo. La imputación de este supuesto error es demasiado vaga y no aparece debidamente aclarada por el alegato del apelante. Según resulta de los autos, el abogado del apelante se opuso a que el testigo Joaquín García Rodríguez hablara de un endoso que se hizo en el pagaré.

Manifestó el testigo que Eulogio Ramos, de la firma E. Ramos & Compañía, endosó el pagaré al demandante Cándido Noriega, firmando dicho pagaré en su presencia. Claramente se ve que el testigo declaró sobre hechos que le constaban de propio conocimiento. Durante la vista, en un incidente suscitado por el apelante, la corte hizo constar, ajustándose a la verdad, que el hecho segundo de la demanda había sido admitido. La alegación del apelante de que este conocimiento del juez le ocasionó perjuicios no merece ser seriamente considerada.

Se alega en segundo término que la corte *a quo* cometió error al no permitir que el demandante probara el extremo de la prórroga que se le había concedido para pagar el importe de la obligación que se le reclamaba.

La vista de este caso se celebró en 14 de mayo de 1931. Aparece de los autos que en esta fecha el demandado declaró que hacía como un año que hizo el pagaré para pagarlo poco a poco, y que dicho pagaré se firmó con dos años de retraso.

El abogado del demandante se opuso a esta manifestación. La corte sostuvo su objeción, pero la contestación permaneció en el récord, porque no se pidió su eliminación. Luego, a preguntas de su abogado, el demandado declaró, sin oposición, que Eulogio Ramos le dijo que le firmara el pagaré y que se lo pagara poco a poco, y que el téstigo le contestó: "Yo lo mismo le pago a cualquier hora." También el demandado, a preguntas de su abogado, contestó que el pagaré se hizo en el mes de agosto, en el año del ciclón de "San Felipe", en 1928, que es la fecha que lleva el documento. Éste es el único asomo de prueba que según el abogado del demandado tiende a demostrar la prórroga. Del testimonio del propio demandado resulta que éste se entendió con Eulogio Ramos, miembro de la firma E. Ramos & Compañía, y no con el demandante Cándido Noriega, tenedor y dueño de este documento pagadero a la orden, que ha sido debidamente endosado a su favor. La corte inferior apreció la prueba y declaró con lugar la demanda.

*Debe confirmarse la sentencia apelada.*